# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| PHILLIP MICHAEL BERRY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV618-132 |
| SHERIFF OF TOOMBS COUNTY, ALVIE LEE KIGHT, Jr., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Defendants' motion to stay discovery (doc. 17) pending resolution of their motion to dismiss (docs. 11 & 12), which is unopposed (*see* doc. 17 at 4) is **GRANTED**. Within 14 days of resolution of the motion to dismiss, if any claims remain, the parties are **DIRECTED** to file an amended Rule 26(f) report and proposed scheduling order.

**SO ORDERED,** this 18th day of April, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA