IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

PHILLIP MICHAEL BERRY,

    Plaintiff,

v.

ALVIE LEE KIGHT, JR., in his official
capacity as Sheriff of Toombs County; et al.,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-132

## O R D E R

In a March 24, 2020 Order, the Court dismissed a number of Plaintiff's claims against various Defendants in this case.[1] (Doc. 32.) One week later, Plaintiff and the remaining Defendants filed a "Consent Dismissal of Defendant Marty Craven With Prejudice," (doc. 33), and, less than a month after that, they filed a "Consent Dismissal of All Claims Against All Remaining Defendants," (doc. 34). Both filings were signed and consented to by counsel for all parties in the case. (See doc. 33, 34.) In the first filing, Plaintiff and Defendant Craven stipulate that all pending claims against Defendant Craven have been settled in full and that he should be dismissed from the case with prejudice. (Doc. 33.) The other Defendants indicate that they do not oppose the dismissal of Craven with prejudice. (Id.) In the latter filing, the parties state that all other claims that remained pending following the March 24, 2020 Order, (doc. 32), have been

---

[1] In the March 24, 2020 Order, the Court dismissed all claims against originally-named Defendants Alvie Lee Kight, Jr. (who was named only in his official capacity as Sheriff of Toombs County), Wesley Walker (who was named only in his official capacity as Police Chief of the Lyons Police Department), the City of Lyons, and Toombs County, and dismissed some—but not all—of the claims asserted against Defendants Kraus and Craven. Plaintiff's Complaint also asserted claims against "John Doe" defendants, which were not addressed in the Order.

settled in full and that the parties wish to dismiss this case in its entirety with prejudice.  (Doc. 34.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this case **WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

    **SO ORDERED**, this 6th day of July, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA